*J. A. Hixon* and *E. A. Hawkins,* for defendant.

---

ADAMS *v.* SHEWMAKE BROTHERS COMPANY; *et vice versa.*

BECK, P. J. The evidence upon the controlling question raised in the main bill of exceptions being conflicting, there was no abuse of discretion on the part of the trial judge in refusing the interlocutory injunction.

*Judgment affirmed on the main bill of exceptions; cross-bill dismissed. All the Justices concur, except Fish, C. J., absent.*

Nos. 174, 175. NOVEMBER 17, 1917.

Petition for injunction. Before Judge Jones. Hall superior court. January 26, 1917.

*W. N. Oliver* and *H. H. Perry,* for plaintiff.

*William M. Johnson,* for defendant.